Daniel Homer, CSBN 263987
Homeless Action Center
2601 San Pablo Ave
Oakland CA 94612
510-695-2260 ext 320
Fax: 510-858-7867
DHomer@homelessactioncenter.org

Attorney for Plaintiff Reggie Foster

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Reggie Foster,<br><br>Plaintiff,<br><br>v.<br><br>Social Security Administration,<br><br>Defendant. | CIVIL NO. 3:16-cv-05916-SK<br><br>STIPULATION AND ~~PROPOSED~~ ORDER APPROVING SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
|---|---|

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the Court's approval, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of TWO THOUSAND SEVEN HUNDRED and THIRTY THREE DOLLARS and FORTY NINE CENTS ($2733.49). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (U.S. June 14, 2010), the ability to honor the assignment will depend on whether the fees and expenses are subject to any offset allowed under the United States Department

of the Treasury's Offset Program. If the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to the Homeless Action Center, pursuant to the assignment executed by Plaintiff. The parties agree that such payment will be mailed to: **Zena Sherman, Homeless Action Center, 3126 Shattuck Ave Berkeley CA 94705**

Dated: 10/20/2017 By: /s/ *Daniel Homer*
DANIEL HOMER
Attorney for Plaintiff

Dated: 10/21/2017 By: /s/ Sharon Lahey (via Email 10/21/2017___
Sharon Lahey
Assistant Regional Counsel, Social Security Administration

ORDER

PURSUANT TO STIPULATION by the above parties, IT ISORDERED that Plaintiff shall be awarded attorney fees in the amount of TWO THOUSAND SEVEN HUNDRED and THIRTY THREE DOLLARS and FORTY NINE CENTS ($2, 733.49) as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: October 23, 2017

UNITED STATES DISTRICT COURT
APPROVED
Judge Sallie Kim
NORTHERN DISTRICT OF CALIFORNIA

THE HON
United Stat District California